# CONFIDENTIAL - UNDER SEAL

# Exhibit C