AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

SDV Solutions, Inc.

*Plaintiff(s)*

v.

Anacapa Micro Products, Inc.

*Defendant(s)*

Civil Action No. 4:14-cv-00027-AWA-LRL

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Anacapa Micro Products, Inc.
2465 Portola Road
Ventura, CA 93003

Attorneys: James Fontana and Leonard Alexander

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Thomas A. Coulter
Robert Wm. Best
Nicole Hardin Brakstad
LeClairRyan, A Professional Corporation
951 E. Byrd St., 8th Fl.
Richmond, VA 23219

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 3/24/13

*Signature of Clerk or Deputy Clerk*